UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chad Bledsoe,

    Plaintiff,                            Case No.: 1:09-cv-564

    v.                                  Judge Michael R. Barrett

Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Karen L. Litkovitz on October 4, 2011 (Doc. 30), and Plaintiff Chad Bledsoe's corresponding Application for Fees and Expenses Pursuant to the Equal Access to Justice Act (Doc. 24). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure, including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner.[1] *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). No objection to the Report has been filed.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full. As the Report recommends (Doc. 30, 11), it is **ORDERED** that that Plaintiff's Application for Fees and Expenses (Doc. 24) is **GRANTED**. Plaintiff shall be **AWARDED** $3,485.00 in attorney fees and $350.00 in costs and expenses for a total award of $3,835.00.

---

[1] Notice was attached to the Report regarding objections. (Doc. 30, 12.)

1

**IT IS SO ORDERED**.

*s/Michael R. Barrett*  
United States District Judge